UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE HARTFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-150-RDP-GMB |
| JEB FANNIN, *et al.*, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 2, 2024 recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief. (Doc. 11). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections.[1]

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from suit.

A final judgment will be entered.

**DONE** and **ORDERED** this May 16, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

---

[1] The Talladega County Sheriff's Office informed the court that Hartford was released from jail on May 14, 2024.